**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MANSIONS AT HASTINGS** | § | CASE NO.  10-39474-H3-11 |
| **GREEN, L.P.** | § | |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing has been set on **Thursday, October 28, 2010, at 11:45 a.m., before the Honorable Letitia Z. Paul, in Courtroom 401**, at the United States Courthouse, 515 Rusk, 4th Floor, Houston, Texas, on the following First Day Motions:

1.  Emergency Motion (I) for Order Granting Interim Authority to Use Cash Collateral and (II) for Preliminary and Final Hearings (Docket #3);

2.  Emergency Motion for Order Authorizing Payment/Return of Pre-Petition Security Deposits in the Ordinary Course of Business (Docket #4); and

3.  Emergency Motion for Joint Administration (Docket # 5).

DATED:  October 26, 2010

Respectfully submitted,

HOOVER SLOVACEK LLP

*/s/ Edward L. Rothberg*

By:_____

EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
ANNIE E. CATMULL
State Bar No. 00794932
T. JOSH JUDD
State Bar No. 24036866
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: 713.977.8686
Facsimile:  713.977.5395

PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Hearing were forwarded via facsimile, e-mail, and/or U.S. first class mail, postage prepaid, on October 26, 2010, to the parties listed on the attached Service List.

*/s/ Edward L. Rothberg*
EDWARD L. ROTHBERG

**Mansions at Hastings Green, L.P.,**
**Debtor;**
**Case No. 10-39474-H3-11**

Mansions at Hastings Green, L.P.
Attn: Michael D. Clark, HCCP
Alpha-Barnes Real Estate Services
mclark@alpha-barnes.com

Ellen M. Hickman
Office of the U. S. Trustee
By ECF Email: Ellen.Hickman@usdoj.gov

**Taxing Authorities:**

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin, TX 78714-9080

Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0001

IRS
P O Box 21126
Philadelphia, PA 19114

Harris County, et al.
Leo Vasquez, Tax Assessor Collector
P O Box 4622
Houston, TX 77210-4622

Harris County, et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P O Box 3064
Houston, TX 77253-3503
By Fax: 713.844.3501

**Secured Lender:**

Citicorp USA, Inc.
c/o Community Development Lending
Attn: Robert F. Onion
901 Mopac Expressway S., Suite 300
Austin, TX 78746
By Fax: 512.329.2768

Wells Fargo Bank, N.A.
Attn: Corporate Trust Services
MAC T5017-241
1021 Main Street, Suite 2403
Houston, TX 77002
By Fax: 713.289.3488

Mark A. White
Christina E. Ponig
1000 Louisiana, Suite 2800
Houston, TX 77002
By Fax: 713.425.8401

Zachary Hoard
1717 Main Street, Suite 4600
Dallas, TX 75201
By Fax: 214.743.4545

**Secured**
**M&M Lien Claimants:**

Aber Fence and Supply Company
12239 Mosielee Street
Houston, TX 77086

Ebenezer Construction
Attn: Gabriel Torres
17803 Bauer Road
Cypress, TX 77429

Fuller Paint & Drywall, Ltd.
15943 Pinyon Creek Drive
Houston, TX 77095-3695

Hogan's Heroes Paint Contractors
Attn: Robert Hogan
1601 Hewitt Drive
Houston, TX 77018

J & B Electric, Inc.
Attn: Beatric Carrillo
14300 Northwest Freeway, Suite A-9
Houston, TX 77040

Sendero Industries, LLC
6814 Thornwall Street
Houston, TX 77092

Sun Landscape & Design, Inc.
4304 Bluebonnet Drive
Houston, TX 77053

W.C. Bell, Inc.
131 South Trade Center Parkway
Conroe, TX 77385

**Unsecured Creditors:**

Brilliant Promotional Products
10161 Harwin Drive
Suite 125
Houston, TX 77036
Fax: 713-271-8519

Leslie's Poolmart, Inc.
3925 E. Broadway Rd., Suite 100
Phoenix, AZ 85040
By Fax: 602.366.3934

Ozarka Spring Water Co.
P O Box 856680
Louisville, KY 40285-6680
Fax: 866-722-1386

Southwest Painting Contractors, Inc.
P O Box 1604
Bellaire, TX 77402
By Fax: 713.777.9807

Texas Environments
P O Box 720219
Houston, TX 77272
By Fax: 281.495.9761

**Parties in Interest:**

Chuck Portz, Attorney
P O Box 41029
Houston, TX 77241

Christina Stone
Gaughan, Stone & Thiagarajan
2500 Tanglewilde, Suite 222
Houston, TX 77063-2139
By Fax: 713.953.7513